Pia J. North, Esq., #29672
Attorney for the Debtor
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112
Phone:  (804) 739-3700
Fax:  (804) 739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  Anita J.  White-Woodley                                Case No. 14-33677
12412 Swift Crossing Drive                                                Chapter 13
Midlothian, VA 23112


**<u>Withdrawal of  Debtor's Certification of Completion of Postpetition Instructional
Course Concerning Personal Financial Mangagement</u>**

COMES NOW Anita J.  White-Woodley, by counsel and moves to withdraw the Debtor's Certification of Completion of Postpetition Instruction Course Concerning Personal Financial Management.  This Document is further described as Document number 15 and was filed on or about September 8, 2014 by the debtor's attorney, Pia J. North.

                            Respectfully submitted:

                            Anita J.  White-Woodley
            By:   <u>/s/ Pia J. North</u>
                          Counsel