Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re: Anita J. White-Woodley | Case No. 14-33677 |
| 12412 Swift Crossing Drive | Trustee: Suzanne E. Wade |
| Midlothian, VA 23112 | Chapter: 13 |
| Last four digits of SSN: xxx-xx-2108 | |

**MOTION TO SHORTEN NOTICE PERIOD**
**And EXPEDITE HEARING**
**for Motion to Incur Debt to purchase an automobile**

Comes Now, Debtor, Anita J. White-Woodley, by counsel and moves this Court pursuant to Local Rule 9013-1 (N) to set a hearing on the Debtor's Motion to Incur Debt to purchase an automobile for a hearing as soon as practical and Motion to Shorten the Notice Period in this matter. In support of this Motion the Debtor states as follows:

1. Debtor filed a Chapter 13 bankruptcy on July 9, 2014. The Debtor filed a Motion to Incur Debt to purchase an automobile.

2. An emergency exists in that the debtor was in an automobile accident and her former vehicle is a total loss. The insurance company approved an automobile rental until January 22, 2017.

3. The Debtor may suffer irreparable harm if her counsel is not present at this hearing.

WHEREFORE, Debtor requests that the Court shorten the notice period on the Debtor's Motion to Incur Debt to purchase an automobile to not less than two days prior to the hearing to be set by the Court in this matter, and for any and all other relief just and proper.

                                                  Anita J. White-Woodley

                              By:    /s/ Pia J. North
                                       Counsel

**Certification**

I, Pia J. North certify that I am the attorney for the Debtor and further that I have:
(1) Carefully examined the matter and concluded that there is a true need for an emergency hearing,
(2) Not created the emergency through any lack of due diligence, and
(3) Have made a *bona fide* effort to resolve the matter without a hearing. (There is no way to resolve this issue without an Order from the Court)

                                              /s/ Pia J. North
                                              Pia J. North, Esquire

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In Re: Anita J. White-Woodley      Case No. 14-33677
12412 Swift Crossing Drive      Trustee: Suzanne E. Wade
Midlothian, VA 23112      Chapter: 13
Last four digits of SSN: xxx-xx-2108

## NOTICE OF MOTION TO SHORTEN NOTICE PERIOD
## And EXPEDITE HEARING

Counsel for Anita J. White-Woodley, Debtor filed papers with the court to Shorten the Notice Period on the Debtor's Motion to Incur Debt to purchase an automobile.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion then you or your attorney must file with the court, at the address shown below, a written request for a hearing or a written response pursuant to Local Bankruptcy Rule 9013-1 (H). If you mail your request for hearing or response to the court for filing, you must mail it early enough so the court will **receive it at least two (2) days prior to the hearing on the Motion to Shorten Notice Period and Expedite hearing that will be set by the Court in this matter**, at the United States Bankruptcy Court, 701 E. Broad Street, Suite 4000, Richmond, Virginia, Richmond, VA 23219.

**You must also mail a copy to:**

Pia J. North     Suzanne E. Wade
North Law     P.O. Box 1780
5913 Harbour Park Drive     Richmond, VA 23218-1780
Midlothian, VA 23112

**NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY <u>NOT LESS THAN 2 (TWO) DAYS PRIOR TO THE HEARING ON THE MOTION TO INCUR DEBT TO PURCHASE AN AUTOMOBILE</u> , THE COURT MAY DEEM ANY <u>OPPOSITION WAIVED</u> AND ISSUE AN ORDER SUSTAINING THE MOTION <u>WITHOUT FURTHER NOTICE OR HEARING</u>.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                           Anita J. White-Woodley

        BY:         <u>/s/ Pia J. North</u>
                        Counsel

Attorney for Debtor
Pia J. North, Esq. #$29672
North Law
5913 Harbour Park Drive
Midlothian, VA  23112
(804) 739-3700

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In Re:  Anita J. White-Woodley                                              Case No. 14-33677
12412 Swift Crossing Drive                                                     Trustee: Suzanne E. Wade
Midlothian, VA 23112                                                              Chapter: 13
Last four digits of SSN:  xxx-xx-2108

**NOTICE of HEARING**

PLEASE TAKE NOTICE that on **January 25, 2017 @ 10:00 a.m.** or as soon thereafter as is practical, we will appear before the Honorable Keith L. Phillips at the  United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Room 5100, Richmond, VA 23219  on the Debtor's MOTION TO SHORTEN NOTICE PERIOD And EXPEDITE HEARING.

                                                          Anita J. White-Woodley

                    BY:            /s/ Pia J. North
                                            Counsel


**Certificate of Service**

I hereby certify that I have on January 23, 2017, served by transmitting a true copy of the foregoing Motion to Shorten Notice Period, Expedite hearing and Motion to Incur Debt to purchase an automobile , Notice of Motion and Notice of Hearing electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  Anita J. White-Woodley, the Debtor, the Trustee, the United States trustee and to all creditors and parties in interest on the attached mailing matrix.

                    By:       /s/ Pia J. North
                                     Counsel

```
Label Matrix for local noticing          America's Servicing Co.                    NCEP, LLC
0422-3                                   MAC X7801-014                              P.O. Box 165028
Case 14-33677-KLP                        3476 Stateview Blvd.                       Irving, TX 75016-5028
Eastern District of Virginia             Fort Mill, SC 29715-7203
Richmond
Mon Jan 23 22:00:19 EST 2017

NCEP, LLC by AIS Data Services, LP as agent   The Bank of New York Mellon Trust Company, N   Wells Fargo Bank, N.A./Wells Fargo Home Mort
PO Box 165028                            236 Clearfield Ave., Suite 215             MAC X7801-014
Irving, TX 75016-5028                    Virginia Beach, VA 23462-1893              3476 Stateview Blvd.
                                                                                    Fort Mill, SC 29715-7203


United States Bankruptcy Court           Allied Title Lending LLC                   America's Servicing Company
701 East Broad Street                    7955 NW 12th St                            Attn: Bankruptcy Department
Richmond, VA 23219-1888                  Ste 300                                    3476 Stateview Blvd.
                                         Miami, FL 33126-1823                       MAC# D3347-014
                                                                                    Fort Mill, South Carolina 29715-7203


American InfoSource LP as agent for      Americas Servicing Co                      Anesthesia Assoc of Richmond
Allied Cash Advance                      Po Box 10328                               PO Box 17978
PO Box 248838                            Des Moines, IA 50306-0328                  Richmond, VA 23226-7978
Oklahoma City, OK  73124-8838


CJW Center                               CJW Medical Center                         Cac Financial Corp
P.O. Box 740760                          P.O. Box 13620                             2601 Nw Expwy
Cincinnati, OH 45274-0760                Richmond, VA 23225-8620                    Oklahoma City, OK 73112-7236


(p)CAPITAL ONE                           Capio Partners Llc                         Charlottesville Bureau
PO BOX 30285                             2222 Texoma Pkwy Ste 150                   3690 Dobleann Dr
SALT LAKE CITY UT 84130-0285             Sherman, TX 75090-2481                     Charlottesville, VA 22911-9088


Check City                               Check City                                 Check Into Cash
2729-B West Broad Street                 3920 Hull St                               1912 Boulevard
Richmond, VA 23220-1905                  Richmond, VA 23224-1714                    Colonial Heights, VA 23834-2327


Commonwealth Lab Consultants             Commonwealth of VA-Tax                     Credit Adjustment Board, Inc
PO Box 36559                             P.O. Box 2156                              306 East Grace St
Richmond, VA 23235-8011                  Richmond, VA 23218-2156                    Richmond, VA 23219-1795


Farmer's Insurance                       First Virginia Financial                   (p)FOCUSED RECOVERY SOLUTIONS
5048 US Hwy 29                           9121 Staples Mills Road                    9701 METROPOLITAN COURT
Blairs, VA 24527-2418                    Henrico, VA 23228-2026                     STE B
                                                                                    RICHMOND VA 23236-3690


Fredericksburg Cr Bur                    Fredericksburg Credit Bureau Inc           Henrico Doctors Hospital
10506 Wakeman Dr                         10506 Wakeman Drive                        P. O. Box 740760
Fredericksburg, VA 22407-8040            Fredericksburg, VA 22407-8040              Cincinnati, OH 45274-0760
```

```
(p)INTERNAL REVENUE SERVICE            Internal Revenue Service           Internal Revenue Service
CENTRALIZED INSOLVENCY OPERATIONS      Centralized Insolvency Unit        P.O. Box 7346
PO BOX 7346                            P O Box 7346                       Philadelphia, PA 19101-7346
PHILADELPHIA PA 19101-7346             Philadelphia, PA 19101-7346


Lab Corp                               Law Office Chaplin & Gonet         Midnight Express Auto Recovery
P.O. Box 2240                          5211 West Broad St, Ste 100        PO Box 3351
Burlington, NC 27216-2240              Richmond, VA 23230-3000            Stafford, VA 22555-3351


NCB Management                         NCEP, LLC                          NCO
PO Box 1099                            by AIS Data Services, LP as agent  2360 Campbell Creek
Langhorne, PA 19047-6099               PO Box 4138                        Ste 500
                                       Houston, TX 77210-4138             Richardson, TX 75082-4453


North & Associates, P.C.               Ob-Gyn Specialists of Richmond     Pest Masters Termite & Pest C
5913 Harbour Park Drive                3 Maryland Farms                   6525 Dickens Place
Midlothian, VA 23112-2163              Suite 250                          Richmond, VA 23230-2001
                                       Brentwood, TN 37027-5053


Quest Diagnostics                      Radiology Assc of Richmond         Radiology Assoc of Richmond
PO Box 740880                          2602 Buford Road                   2602 Buford Road
Cincinnati, OH 45274-0880              Richmond, VA 23235-3422            Richmond, VA 23235-3422


Real Time Resolutions, Inc as Agent for  Rehab Plus Associates            Retrieval Masters Creditors Bu
ALLIED CASH ADVANCE                    11521 Robious Road                 4 Westchester Plaza Ste 110
PO Box 566027                          Midlothian, VA 23113               Elmsford, NY 10523-1616
Dallas, TX 75356-6027


SLS                                    Santander Consumer USA             Santander Consumer USA Inc.;
8742 Lucent Blvd.#300                  P.O. Box 560284                    as Assignee for HSBC
Highlands Ranch, CO 80129-2386         Dallas, TX 75356-0284              P.O. Box 961245
                                                                          Fort Worth, TX 76161-0244


Santander Consumer Usa                 Shapiro Brown & Alt LLP            Sound and Spirit
Po Box 961245                          236 Clearfield Avenue, # 215       P.O. Box 1958
Ft Worth, TX 76161-0244                Virginia Beach, VA 23462-1893      Indianapolis, IN 46291-0001


Specialized Loan Servicing LLC         (p)SPRINGLEAF FINANCIAL SERVICES   Trident Asset Manageme
8742 Lucent Blvd Suite 300             P O BOX 3251                       53 Perimeter Ctr E Ste 4
Highlands Ranch, CO 80129-2386         EVANSVILLE IN 47731-3251           Atlanta, GA 30346-2287


USA Recovery Solutions                 Uncle Bob's Storage                VCU Ortho
4950 Hillsdale Circle                  3830 N. Bailey Bridge Road         520 N 12th St # 222
El Dorado Hills, CA 95762-5714         Midlothian, VA 23112-2912          Richmond, VA 23298-5064
```

```
Virginia Emergency Phy              Anita J. White-Woodley            Pia J. North
75 Remittance Drive                 12412 Swift Crossing Drive        North Law
Suite 1151                          Midlothian, VA 23112-3144         5913 Harbour Park Drive
Chicago, IL 60675-1151                                                Midlothian, VA 23112-2163


Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cap One                             Focus Recry                       IRS
Po Box 85520                        9701 Metropolitan Suite B         P.O. Box 21126
Richmond, VA 23285                  Richmond, VA 23236                Philadelphia, PA 19114


Springleaf Financial
9925 Hull Street Rd
North Chesterfield, VA 23236
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)NCEP, LLC                        End of Label Matrix
P.O. Box 165028                     Mailable recipients   63
Irving, TX 75016-5028               Bypassed recipients    1
                                    Total                 64
```